UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY BRADLEY PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18cv843 SNLJ |
| | ) | |
| JOSEPH MORRELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's request for instructions regarding how to properly correct a deposition [#72]. (The memorandum has been styled as a "Motion to Correct Deposition" on the docket sheet.) Plaintiff states he received a letter from the Court Reporter who transcribed his deposition. She said he could order a copy of the deposition $182.30 or he can make arrangements to read and sign the deposition within 30 days. Plaintiff states in his memorandum to the Court that he has some corrections to share and that he wants to know how to correct "a few discrepancies."

It appears that, among other things, plaintiff objects to the inclusion of periods at the end of his statements before being interrupted by defense counsel. Plaintiff says that the inclusion of the period makes it seem as though he was finished speaking when in fact he was interrupted.

Plaintiff's question is more appropriately directed to the Court Reporter, whom he is free to contact in writing with a copy to defense counsel.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's "motion" [#72] is DENIED.

Dated this  8th  day of October, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE